UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOPE, et al.,<br>    Plaintiff,<br>  v.<br>,<br>    Defendant. | Case No.  14-cv-04095-JD<br><br>**ORDER OF DISMISSAL** |

  This case was opened when plaintiff wrote a letter to the court regarding prison programs. In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the Court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

  Plaintiff has not filed a complaint, an application to proceed IFP, or otherwise communicated with the Court.  This case is therefore **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the file.

  **IT IS SO ORDERED**.

Dated: November 20, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KNOPE, et al.,

    Plaintiff,

  v.

,

    Defendant.

Case No. 14-cv-04095-JD

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 11/20/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew Knope
AR0701/B3-7
Central Valley MCCF
P.O. 638
McFarlane, CA 93250

Dated: 11/20/2014

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2